**QUILL & ARROW LLP**
Kevin Y. Jacobson, Esq. (SBN 320532)
kjacobson@quillarrowlaw.com
Andrew C. Jung, Esq. (SBN 336002)
ajung@quillarrowlaw.com
10880 Wilshire Blvd., Suite 1600
Los Angeles, California 90024

Attorneys for Plaintiff,
**APRIL L. MACHADO**

**MORTENSON TAGGART ADAMS LLP**
Michael D. Mortenson (SBN 247758)
mmortenson@mortensontaggart.com
Charles F. Harlow (SBN 200702)
charlow@mortensontaggart.com
200 Pringle Ave., Suite 450
Walnut Creek, CA 94596

Attorneys for Defendant,
**NISSAN NORTH AMERICA, INC.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL L. MACHADO, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No: 2:25-cv-01301-TJH-DFM <br><br> Judge: Hon. Terry J. Hatter, Jr <br> Magistrate Judge: Hon. Douglas F. McCormick <br><br> **JOINT NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff, APRIL L. MACHADO, and Defendant, NISSAN NORTH AMERICA, INC, (the "Parties"), jointly, write to advise this Court that they have settled this matter; however, the attorneys' fees, costs, and expenses remain outstanding. The Parties are discussing attorneys' fees and costs in an effort to reach an informal resolution and Plaintiff has agreed to provide its billing records. If an informal resolution cannot be reached, Plaintiff intends to file a noticed motion. The Parties request that the Court vacate any upcoming hearings and deadlines while the performance of the settlement terms is pending.

Once all terms of the settlement are completed and payment is received by Plaintiff and after payment of Plaintiff's attorneys' fees, costs and expenses, to be determined by agreement of the Parties or by noticed motion, the Parties shall file an executed Stipulation of Dismissal of the entire action without prejudice. The Parties expect to file the dismissal papers within 90 days.

Based on the foregoing, the Parties respectfully request that the Court Order that this action be dismissed without prejudice and the Court continue to retain jurisdiction over this action to enforce the terms of the settlement agreement.

Dated: April 3, 2025,                   QUILL & ARROW LLP

                                        By _____
                                           Kevin Y. Jacobson, Esq.
                                           Andrew C. Jung, Esq.
                                           Attorneys for Plaintiff,
                                           APRIL L. MACHADO

Dated: April 3, 2025,                   SHOOK, HARDY & BACON L.L.P.

                                        By: _/s/ Charles F. Harlow_____
                                           Michael D. Mortenson, Esq.
                                           Charles F. Harlow, Esq.
                                           Attorneys for Defendant,
                                           NISSAN NORTH AMERICA, INC.

2

JOINT NOTICE OF SETTLEMENT