**QUILL & ARROW LLP**
Andrew C. Jung, Esq. (SBN 336002)
ajung@quillarrowlaw.com
10880 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90024
Telephone: (310) 933-4271
Facsimile: (310) 889-0645
Attorney for Plaintiff,
**APRIL L. MACHADO**

**MORTENSON TAGGART ADAMS LLP**
Stephen H. Dye, Esq. (SBN 104385)
sdye@mortensontaggart.com
Charles F. Harlow, Esq. (SBN 200702)
charlow@mortensontaggart.com
200 Pringle Ave, Suite 450
Walnut Creek, CA 94596
Attorneys for Defendant,
**NISSAN NORTH AMERICA, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL L. MACHADO, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: **2:25-cv-01301-TJH-BFM** <br><br> *Assigned District Judge: Terry J. Hatter, Jr.* <br> *Assigned Magistrate Judge: Brianna Fuller Mircheff* <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

# STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1), IT IS HEREBY STIPULATED, by and between Plaintiff, APRIL L. MACHADO and Defendant, NISSAN NORTH AMERICA, INC., (hereafter "the Parties"), by and through their respective counsel of record, that the entire above-captioned action be dismissed with prejudice in accordance with the terms of the written settlement agreement entered into between the Parties.

Upon order of the Court and upon such terms and conditions as the Court deems proper, the Parties respectfully request that this action be dismissed with prejudice and that the Court continue to retain jurisdiction over the terms of the Parties' settlement agreement.

Dated: September 10, 2025,     **QUILL & ARROW, LLP**

By _____
Andrew Jung, Esq.
Attorney for Plaintiff,
**APRIL L. MACHADO**

Dated: September 10, 2025,     **MORTENSON TAGGART ADAMS LLP**

By _/s/Charles F. Harlow_____

Stephen H. Dye, Esq.
Charles F. Harlow, Esq.
Attorneys for Defendant,
**NISSAN NORTH AMERICA, INC.**

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to <u>Charles F. Harlow</u>, Esq. counsel for **NISSAN NORTH AMERICA, INC.,** and that I have obtained authorization to affix his/her electronic signature to this document.

**QUILL & ARROW, LLP**

<u>/s/Andrew C. Jung</u>
Andrew C. Jung, Esq.
Attorney for Plaintiff,
**APRIL L. MACHADO**